```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23958
    GRACE E ODIBO
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-9083


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/20/2007 and was not confirmed.

      The case was dismissed without confirmation 03/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
HSBC BANK/OCWEN LOAN       NOTICE ONLY      NOT FILED           .00             .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG         .00            .00             .00
CHASE MANHATTAN MORTGAGE   SECURED NOT I    26151.00            .00             .00
CITIFINANCIAL              SECURED NOT I         .00            .00             .00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG         .00            .00             .00
COUNTRYWIDE HOME LOANS I   SECURED NOT I         .00            .00             .00
EMC MORTGAGE CORPORATION   CURRENT MORTG         .00            .00             .00
EMC MORTGAGE CORPORATION   SECURED NOT I     4737.48            .00             .00
EMC MORTGAGE               CURRENT MORTG         .00            .00             .00
EMC MORTGAGE               SECURED NOT I         .00            .00             .00
RESCAP MORTGAGE            CURRENT MORTG         .00            .00             .00
RESCAP MORTGAGE            SECURED NOT I    41426.36            .00             .00
WELLS FARGO                CURRENT MORTG         .00            .00             .00
WELLS FARGO                SECURED NOT I    30261.98            .00             .00
LITTON LOAN SERVICING      CURRENT MORTG         .00            .00             .00
OCWEN FEDERAL BANK         CURRENT MORTG         .00            .00             .00
OCWEN FEDERAL BANK         SECURED NOT I    35257.28            .00             .00
US BANK HOME MORTGAGE      CURRENT MORTG         .00            .00             .00
US BANK HOME MORTGAGE      SECURED NOT I         .00            .00             .00
UNITED MORTGAGE SERVICES   CURRENT MORTG         .00            .00             .00
UNITED MORTGAGE SERVICES   SECURED NOT I         .00            .00             .00
COOK COUNTY TREASURER      PRIORITY        NOT FILED            .00             .00
DEER & STONE               PRIORITY        NOT FILED            .00             .00
MJS INSPECTIONS            UNSECURED         375.00             .00             .00
CHEST MEDICAL CONSULTANT   UNSECURED       NOT FILED            .00             .00
CITIFINANCIAL              UNSECURED       12026.00             .00             .00
US BANK                    NOTICE ONLY     NOT FILED            .00             .00
WELLS FARGO BANK MINNESO   NOTICE ONLY     NOT FILED            .00             .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY     NOT FILED            .00             .00
MJS CORP                   UNSECURED       NOT FILED            .00             .00
NEW WORLD MEDIA            UNSECURED       NOT FILED            .00             .00
US BANK                    NOTICE ONLY     NOT FILED            .00             .00
TERRI S TIERSKY DDS        UNSECURED         200.00             .00             .00
US BANK                    NOTICE ONLY     NOT FILED            .00             .00
CAPITAL ONE                UNSECURED         491.80             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23958 GRACE E ODIBO
```

```
CAPITAL ONE               UNSECURED          171.87              .00              .00
EMC MORTGAGE              NOTICE ONLY    NOT FILED               .00              .00
ASSET ACCEPTANCE CORP     UNSECURED          124.34              .00              .00
LITTON LOAN SERV          NOTICE ONLY    NOT FILED               .00              .00
ROSICKI ROSICKI & ASSOC   NOTICE ONLY    NOT FILED               .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2063.55              .00              .00
DEER & STONE              ATTORNEY              .00              .00              .00
HSBC BANK NEVADA NA       UNSECURED         2035.31              .00              .00
PRO SE DEBTOR             DEBTOR ATTY           .00                               .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00
```

Summary of Receipts and Disbursements:
```
---------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------      ---------------
TOTALS                      .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE